**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                      20 Cr. 389 (JGK)

**DAVE MINTER,**                                       <u>ORDER</u>

                 **Defendant.**
--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

At the conference on **January 8, 2021**, at **9:00 a.m.**, the Court will hear argument on the pending motion to suppress, but there will not be an evidentiary hearing at that time. The conference will take place by telephone at the dial-in number 888-363-4749, access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 5, 2021**                    /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                        **United States District Judge**