**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**UNITED STATES OF AMERICA**

        - against -

**DAVE MINTER,**

                **Defendant.**
───────────────────────────────

**20 Cr. 389 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL**, District Judge:

    Due to changes in the Court's trial calendar, the trial is rescheduled to begin on **April 28, 2021.**

    Accordingly, Rule 404(b) disclosures are due **March 19, 2021.** Requests to charge, proposed voir dire and motions in limine shall be filed by **April 2, 2021.** Any responses or objections shall be filed by **April 9, 2021.** A final pre-trial conference shall be held on **April 20, 2021** at **10:00 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 1, 2021**

                                                /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                    **United States District Judge**