**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————

**UNITED STATES OF AMERICA**

       **- against -**

**DAVE MINTER,**

                **Defendant.**
————————————————————————————

**20 Cr. 389 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The Bureau of Prisons is directed to transfer the defendant to the Metropolitan Correctional Center as soon as possible in preparation for the upcoming trial.

    The parties may submit supplemental letters regarding the motion to suppress by March 9, 2021 and respond by March 11, 2021.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 5, 2021**

                                     **/s/ John G. Koeltl**
                                       **John G. Koeltl**
                            **United States District Judge**