UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -

**DAVE MINTER,**

                  Defendant.
―――――――――――――――――――――――――――――

20 Cr. 389 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court is aware of the approaching trial date and expects to have a decision on the pending motion soon, and well in advance of that trial date.

**SO ORDERED.**

Dated:    New York, New York
            March 19, 2021

                                       /s/ John G. Koeltl
                                         John G. Koeltl
                              United States District Judge