

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2021

**BY ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted.

SO ORDERED.

New York, New York    /s/ John G. Koeltl
March 26, 2021        John G. Koeltl, U.S.D.J.
```

    Re: *United States v. Minter*, 20 Crim. 389 (JGK)

Dear Judge Koeltl:

    The parties write jointly to request a one-week adjournment of certain pretrial deadlines while they discuss a potential pretrial resolution of this case.

    The Government has extended a written plea offer to the defendant that expires on April 2, and the defendant is considering whether to accept that plea offer. The Court has set an April 2 deadline to submit motions in limine, requests to charge, and voir dire; and an April 9 deadline to respond or object to those filings. Dkt. 29. The parties jointly request that those deadlines each be adjourned by one week so that the parties can continue their plea discussions and potentially obviate the need to make such filings in the event a plea agreement is reached.

                      Respectfully Submitted,

                      AUDREY STRAUSS
                      United States Attorney

         by: */s/ Kevin Mead*
              Kevin Mead
              Assistant United States Attorney
              (212) 637-2211

CC:    Derek Cohen, Counsel for Defendant Dave Minter (by ECF)