**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -

**DAVE MINTER,**

               Defendant.
------------------------------------------------

20 Cr. 389 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Court received an inquiry from the government with respect to the procedure for signing the plea agreement and with respect to the current filing deadlines.

    All pre-trial filings are adjourned pending the defendant's plea allocution.

    Defense counsel should arrange for the defendant to sign the plea agreement at the place of incarceration, after making sure that the defendant has read the plea agreement and understands it; or the defense counsel can sign the agreement with the defendant's explicit authorization after making sure that the defendant has read the plea agreement and understands it. It is certainly not for the court to enter the defendant's signature, in court or at any other time.

**SO ORDERED.**

**Dated:**    New York, New York
           April 2, 2021

                                      /s/ John G. Koeltl
                                        **John G. Koeltl**
                            **United States District Judge**