**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -

**DAVE MINTER,**

               **Defendant.**

---

**20 Cr. 389 (JGK)**

ORDER

**JOHN G. KOELTL, District Judge:**

The plea conference scheduled for today is adjourned to **April 28, 2021** at **9:00 a.m.** The Court notes that time has been excluded for Speedy Trial Act calculations until May 24, 2021. See ECF No. 26.

The Clerk is directed to close ECF No. 46.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 13, 2021**

                                    /s/ John G. Koeltl
                                        **John G. Koeltl**
                              **United States District Judge**