**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------

**UNITED STATES OF AMERICA**

       - against -

**DAVE MINTER,**

             **Defendant.**
--------------------------------

20 Cr. 389 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The trial is rescheduled to **September 20, 2021** at **9:00 a.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 14, 2021**, until **September 20, 2021,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Clerk is directed to close ECF No. 49.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **April 14, 2021**

                                           /s/ John G. Koeltl
                                               **John G. Koeltl**
                                     **United States District Judge**