USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-21

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Dave Minter,
                  Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

20 -CR- ( 389 ) ( JGK )

Defendant __Dave Minter_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

__✓__ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Dave Minter
_____
Print Defendant's Name

*Derek Cohen*
_____
Defense Counsel's Signature

Derek Cohen
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

April 28, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge