UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVE MINTON,

Defendant

**ORDER**

20 Cr. 389 (JGK)

WHEREAS, on October 12, 2021, the Court sentenced defendant Dave Minter to 72 months' imprisonment, to be followed by three years' supervised release, and imposed a $100 mandatory special assessment, and entered judgment on October 22, 2021 at Docket No. 71; and

WHEREAS, the United States of America, by and through Damian Williams, United States Attorney, Michael D. Maimin, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731; and

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that, "[u]pon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)"; and

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's sentence and judgment and determine whether to appeal the judgment; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including December 22, 2021.

Dated: New York, New York
November 18, 2021

                                         _____
                                         THE HONORABLE JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE