**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 15, 2022

**By CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

4/15/22

Re: *United States v. Dave Minter,*
**20 Cr. 389 (JGK)**

Dear Judge Koeltl:

The Government respectfully moves, at the recommendation of the Court, to correct or modify the record for appeal. In particular, at defendant Dave Minter's sentencing, the Government provided the Court and the defendant with a 13-page hard-copy table—attached as an exhibit to this latter—titled "List of enumerated substances in N.Y. PUB. HEALTH LAW § 3306 for which 'isomers' are controlled with no further discussion of what types of 'isomers.'" (Sent. Tr. 21, 40).[1] In order to ensure that the chart was entered into the record, the Court recommended that the Government "file[] a letter" electronically, attaching the chart, and the Court would "so order the letter." (Sent. Tr. 40).

The Government has, in fact, filed a notice of appeal in this matter. (Docket Entry 77). Accordingly, it respectfully moves, pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B),[2] to correct or modify the record by including the chart—attached as an exhibit to this letter—in the record.

I have communicated with Derek A. Cohen, Esq., counsel for Minter, who told me that he has no objection to such a correction or modification.

---

[1] The sentencing transcript is available at Docket Entry 72.

[2] Rule 10(e)(2)(B) provides: "If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded ... by the district court before or after the record has been forwarded."

Hon. John G. Koeltl
April 15, 2022
Page 2 of 2

      Please feel free to contact me with any questions or issues.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                By:    _____
                              Michael D. Maimin
                              Assistant United States Attorney
                              (914) 993-1952

cc:    Derek A. Cohen, Esq. (by electronic mail and CM/ECF)

**List of enumerated substances in N.Y. Pub. Health Law § 3306 for which "isomers" are controlled with no further discussion of what types of "isomers"**

Key:

- *Name*: Name of controlled substance
- *Schedule*: Schedule and section in which the substance is controlled
- *Chemical Formula*: The chemical formula for the controlled substance
- *Total Isomers*: the total number of isomers for the chemical formula, as reported to PubChem
- *Enumerated Constitutional Isomers*: substances enumerated in Section 3306 that are also constitutional isomers of the controlled substance

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Acetyl-alpha-methylfentanyl | I(b)(1) | $C_{22}H_{28}N_2O$ | 4,732 | Fentanyl, Schedule II(c)(9) |
| Acetylmethadol | I(b)(2) | $C_{23}H_{31}NO_2$ | 3,026 | Alphacetylemethadol, Schedule I(b)(4); Betacetylmethadol, Schedule I(b)(12); Levo-alphacetylemethadol, Schedule II(c)(11) |
| Allylprodine | I(b)(3) | $C_{18}H_{25}NO_2$ | 11,487 | |
| Alphacetylmethadol | I(b)(4) | $C_{23}H_{31}NO_2$ | 3,026 | Acetylmethadol, Schedule I(b)(2); Betacetylmethadol, Schedule I(b)(12); Levo-alphacetylemethadol, Schedule II(c)(11) |
| Alphameprodine | I(b)(5) | $C_{17}H_{25}NO_2$ | 20,655 | Betameprodine, Schedule I(b)(13); Proheptazine, Schedule I(b)(49); Trimeperidine, Schedule I(b)(55) |
| Alphamethadol | I(b)(6) | $C_{21}H_{29}NO$ | 2,470 | Betamethadol, Schedule I(b)(14); Dimepheptanol, Schedule I(b)(22) |
| Alpha-methylfentanyl | I(b)(7) | $C_{23}H_{30}N_2O$ | 3,355 | Butyryl Fentanyl, Schedule I(b)(58) |
| Alpha-methylthiofentanyl | I(b)(8) | $C_{21}H_{28}N_2OS$ | 1,174 | 3-Methylthiofentanyl, Schedule I(b)(35) |
| Beta-hydroxyfentanyl | I(b)(9) | $C_{22}H_{28}N_2O_2$ | 11,712 | Methoxyacetyl fentanyl, Schedule I(b)(66); Anileridine, Schedule II(c)(3) |
| Beta-hydroxy-3-methylfentanyl | I(b)(10) | $C_{23}H_{30}N_2O_2$ | 8,512 | Piminodine, Schedule II(c)(23) |
| Benzethidine | I(b)(11) | $C_{23}H_{29}NO_3$ | 4,837 | Phenoperidine, Schedule I(b)(47) |
| Betacetylmethadol | I(b)(12) | $C_{23}H_{31}NO_2$ | 3,026 | Acetylmethadol, Schedule I(b)(2); Alphacetylemethadol, Schedule I(b)(4); Levo-alphacetylemethadol, Schedule II(c)(11) |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Betameprodine | I(b)(13) | $C_7H_{25}NO_2$ | 20,655 | Alphameprodine, Schedule I(b)(5); Proheptazine, Schedule I(b)(49); Trimeperdidine, Schedule I(b)(55) |
| Betamethadol | I(b)(14) | $C_{21}H_{29}NO$ | 2,470 | Alphamethadol, Schedule I(b)(6); Dimepheptanol, Schedule I(b)(22) |
| Betaprodine | I(b)(15) | $C_{16}H_{23}NO_2$ | 27,404 | Properidine, Schedule I(b)(50); Alphaprodine, Schedule II(c)(2) |
| Clonitazene | I(b)(16) | $C_{20}H_{23}ClN_4O_2$ | 2,421 | |
| Dextromoramide | I(b)(17) | $C_{25}H_{32}N_2O_2$ | 3,796 | Levomoramide, Schedule I(b)(32); Racemoramide, Schedule I(b)(52) |
| Diampromide | I(b)(18) | $C_{21}H_{28}N_2O$ | 4,499 | |
| Diethylthiambutene | I(b)(19) | $C_{16}H_{21}NS_2$ | 527 | |
| Difenoxin | I(b)(20) | $C_{28}H_{28}N_2O_2$ | 2,093 | |
| Dimenoxadol | I(b)(21) | $C_{20}H_{25}NO_3$ | 10,949 | |
| Dimepheptanol | I(b)(22) | $C_{21}H_{29}NO$ | 2,470 | Alphamethadol, Schedule I(b)(6); Betamethadol, Schedule I(b)(14) |
| Dimethylthiambutene | I(b)(23) | $C_{14}H_{17}NS_2$ | 567 | |
| Dioxaphetyl butyrate. | I(b)(24) | $C_{22}H_{27}NO_3$ | 6,749 | |
| Dipipanone | I(b)(25) | $C_{24}H_{31}NO$ | 1,229 | |
| Ethylmethylthiambutene | I(b)(26) | $C_{15}H_{19}NS_2$ | 561 | |
| Etonitazene | I(b)(27) | $C_{22}H_{28}N_4O_3$ | 10,000 | |
| Etoxeridine | I(b)(28) | $C_{18}H_{27}NO_4$ | 5,896 | |
| Furethidine | I(b)(29) | $C_{21}H_{31}NO_4$ | 2,280 | |
| Hydroxypethidine | I(b)(30) | $C_{15}H_{21}NO_3$ | 30,116 | |
| Ketobemidone | I(b)(31) | $C_{15}H_{21}NO_2$ | 28,101 | Pethidine, Schedule II(c)(18) |
| Levomoramide | I(b)(32) | $C_{25}H_{32}N_2O_2$ | 3,796 | Dextromoramide, Schedule I(b)(17); Racemoramide, Schedule I(b)(52) |
| Levophenacylmorphan | I(b)(33) | $C_{24}H_{27}NO_2$ | 2,686 | |
| 3-Methylthiofentanyl | I(b)(35) | $C_{21}H_{28}N_2OS$ | 1,174 | Alpha-methylthiofentanyl, Schedule I(b)(8) |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Morpheridine | I(b)(36) | $C_{20}H_{30}N_2O_3$ | 11,346 | |
| MPPP | I(b)(37) | $C_{14}H_{19}NO$ | 14,948 | |
| Noracymethadol | I(b)(38) | $C_{22}H_{29}NO_2$ | 4,916 | Bulk dextropropoxyphene, Schedule II(c)(5) |
| Norlevorphanol | I(b)(39) | $C_{16}H_{21}NO$ | 9,235 | |
| Normethadone | I(b)(40) | $C_{20}H_{25}NO$ | 4,384 | |
| Norpipanone | I(b)(41) | $C_{23}H_{29}NO$ | 1,873 | |
| Para-fluorofentanyl | I(b)(42) | $C_{22}H_{27}FN_2O$ | 1,081 | Ortho-fluorofentanyl, Schedule I(b)(64) |
| PEPAP | I(b)(43) | $C_{21}H_{25}NO_2$ | 6,437 | |
| Phenadoxone | I(b)(44) | $C_{23}H_{29}NO_2$ | 3,333 | |
| Phenampromide | I(b)(45) | $C_{17}H_{26}N_2O$ | 28,213 | |
| Phenomorphan | I(b)(46) | $C_{21}H_{29}NO$ | 1,048 | |
| Phenoperidine | I(b)(47) | $C_{23}H_{29}NO_3$ | 4,837 | Benzethidine, Schedule I(b)(11) |
| Piritramide | I(b)(48) | $C_{27}H_{34}N_4O$ | 1,130 | |
| Proheptazine | I(b)(49) | $C_{17}H_{25}NO_2$ | 20,655 | Alphameprodine, Schedule I(b)(5); Betameprodine, Schedule I(b)(13); Timeperidine, Schedule I(b)(55) |
| Properidine | I(b)(50) | $C_{16}H_{23}NO_2$ | 27,404 | Betaprodine, Schedule I(b)(15); Alphaprodine, Schedule II(c)(2) |
| Propiram | I(b)(51) | $C_{16}H_{25}N_3O$ | 26,288 | |
| Racemoramide | I(b)(52) | $C_{25}H_{32}N_2O_2$ | 3,796 | Dextromoramide, Schedule I(b)(32); Levomoramide, Schedule I(b)(32) |
| Thiofentanyl | I(b)(53) | $C_{20}H_{26}N_2OS$ | 2,198 | |
| Tilidine | I(b)(54) | $C_{17}H_{25}NO_2$ | 14,882 | |
| Trimeperidine | I(b)(55) | $C_{17}H_{25}NO_2$ | 20,655 | Alphameprodine, Schedule I(b)(5), Betameprodine, Schedule I(b)(13); Proheptazine, Schedule I(b)(49) |
| AH-7921 | I(b)(56) | $C_{16}H_{22}Cl_2N_2O$ | 1,934 | U-47700, Schedule I(b)(61) |
| Acetyl Fentanyl | I(b)(57) | $C_{21}H_{26}N_2O$ | 6,273 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Butyryl Fentanyl | I(b)(58) | $C_{23}H_{30}N_2O$ | 3,355 | Alpha-methylfentanyl, Schedule I(b)(7) |
| Beta-Hydroxythiofentanyl | I(b)(59) | $C_{20}H_{28}N_2O_2S$ | 4,357 | |
| Furanyl Fentanyl | I(b)(60) | $C_{24}H_{26}N_2O_2$ | 5,197 | |
| U-47700 | I(b)(61) | $C_{16}H_{22}Cl_2N_2O$ | 1,934 | AH-7921, Schedule I(b)(56) |
| Acryl Fentanyl | I(b)(62) | $C_{22}H_{26}N_2O$ | 3,864 | |
| para-fluoroisobutyrylfentanyl | I(b)(63) | $C_{23}H_{29}FN_2O$ | 675 | Para-fluorobutyrylfentanyl, Schedule I(b)(68) |
| Ortho-fluorofentanyl | I(b)(64) | $C_{22}H_{27}FN_2O$ | 1,081 | Para-fluorofentanyl, Schedule I(b)(42) |
| tetrahydrofuranyl fentanyl | I(b)(65) | $C_{24}H_{30}N_2O_2$ | 6,075 | |
| methoxyacetyl fentanyl | I(b)(66) | $C_{22}H_{28}N_2O_2$ | 11,712 | Beta-hydroxyfentanyl, Schedule I(b)(9); Anileridine, Schedule II(c)(3) |
| cyclopropyl fentanyl | I(b)(67) | $C_{23}H_{28}N_2O$ | 3,199 | |
| para-fluorobutyrylfentanyl | I(b)(68) | $C_{23}H_{29}FN_2O$ | 675 | Para-fluoroisobutyrylfentanyl, Schedule I(b)(63) |
| Ocfentanil | I(b)(69) | $C_{22}H_{27}FN_2O_2$ | 2,532 | |
| MT-45 | I(b)(70) | $C_{24}H_{32}N_2$ | 978 | |
| Acetorphine | I(c)(1) | $C_{27}H_{35}NO_5$ | 879 | |
| Acetyldihydrocodeine | I(c)(2) | $C_{20}H_{25}NO_4$ | 8,093 | |
| Benzylmorphine | I(c)(3) | $C_{24}H_{25}NO_3$ | 3,717 | |
| Codeine methylbromide | I(c)(4) | $C_{19}H_{24}BrNO_3$ | 539 | |
| Codeine-N-oxide | I(c)(5) | $C_{18}H_{21}NO_4$ | 9,289 | Oxycodone, Schedule II(b)(1)(14) |
| Cyprenorphine | I(c)(6) | $C_{26}H_{33}NO_4$ | 1,780 | |
| Desomorphine | I(c)(7) | $C_{17}H_{21}NO_2$ | 16,017 | |
| Dihydromorphine | I(C)(8) | $C_{17}H_{21}NO_3$ | 16,427 | |
| Drotebanol | I(C)(9) | $C_{19}H_{27}NO_4$ | 6,692 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Etorphine (except hydrochloride salt) | I(C)(10) | $C_{25}H_{33}NO_4$ | 2,056 | |
| Heroin | I(c)(11) | $C_{21}H_{23}NO_5$ | 7,177 | |
| Hydromorphinol | I(c)(12) | $C_{17}H_{21}NO_4$ | 8,429 | |
| Methyldesorphine | I(c)(13) | $C_{18}H_{21}NO_2$ | 16,719 | |
| Methyldihydromorphine | I(c)(14) | $C_{18}H_{23}NO_3$ | 9,258 | Dihydrocodeine, Schedule II(c)(7) |
| Morphine methylbromide | I(c)(15) | $C_{18}H_{22}BrNO_3$ | 774 | |
| Morphine methylsulfonate | I(c)(16) | $C_{18}H_{21}NO_5S$ | 2,917 | |
| Morphine-N-oxide | I(c)(17) | $C_{17}H_{19}NO_4$ | 8,236 | Oxymorphone, Schedule II(b)(1)(15) |
| Myrophine | I(c)(18) | $C_{38}H_{51}NO_4$ | 55 | |
| Nicocodeine | I(c)(19) | $C_{24}H_{24}N_2O_4$ | 6,949 | |
| Nicomorphine | I(c)(20) | $C_{29}H_{25}N_3O_5$ | 730 | |
| Normorphine | I(c)(21) | $C_{16}H_{17}NO_3$ | 13,259 | |
| Pholcodine | I(c)(22) | $C_{23}H_{30}N_2O_4$ | 7,263 | |
| Thebacon | I(c)(23) | $C_{20}H_{23}NO_4$ | 13,079 | |
| Mecloqualone | I(e)(1) | $C_{15}H_{11}ClN_2O$ | 1,815 | Nordiazepam, Schedule IV(c)(35) |
| Methaqualone | I(e)(2) | $C_{16}H_{14}N_2O$ | 5,268 | |
| Phencyclidine | I(e)(3) | $C_{17}H_{25}N$ | 4,918 | |
| Gamma hydroxybutyric acid | I(e)(4) | $C_4H_8O_3$ | 442 | |
| Gamma-butyrolactone | I(e)(5) | $C_4H_6O_2$ | 350 | |
| 1,4 butanediol | I(e)(6) | $C_4H_{10}O_2$ | 137 | |
| Fenethylline | I(f)(1) | $C_{18}H_{23}N_5O_2$ | 12,146 | |
| N-ethylamphetamine | I(f)(2) | $C_{11}H_{17}N$ | 4,741 | N,N-dimethylamphetamine, Schedule I(f)(4) |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| (+-)cis-4-methylaminorex | I(f)(3) | $C_{10}H_{12}N_2O$ | 8,021 | |
| N,N-dimethylamphetamine | I(f)(4) | $C_{11}H_{17}N$ | 4,741 | N-ethylamphetamine, Schedule I(f)(2) |
| Methcathinone ** (+its salts, optical isomers and salts of optical isomers) | I(f)(5) | $C_{10}H_{13}NO$ | 7,383 | |
| Cathinone | I(f)(7) | $C_9H_{11}NO$ | 4,223 | |
| N-benzylpiperazine | I(f)(8) | $C_{11}H_{16}N_2$ | 7,686 | |
| Mephedrone | I(f)(9) | $C_{11}H_{15}NO$ | 11,401 | Ethylpropion, Schedule I(f)(15); Phenmetrazine, Schedule II(d)(3) |
| MDPV | I(f)(10) | $C_{16}H_{21}NO_3$ | 20,289 | |
| Methylone | I(f)(11) | $C_{11}H_{13}NO_3$ | 10,177 | |
| 4-Methoxymethcathinone | I(f)(12) | $C_{11}H_{15}NO_2$ | 15,355 | |
| 3-Fluoromethcathinone | I(f)(13) | $C_{10}H_{12}FNO$ | 2,484 | 4-Fluoromethcathinone, Schedule I(f)(14) |
| 4-Fluoromethcathinone | I(f)(14) | $C_{10}H_{12}FNO$ | 2,484 | 3-Fluoromethcathinone, Schedule I(f)(13) |
| Ethylpropion | I(f)(15) | $C_{11}H_{15}NO$ | 11,401 | Mephedrone, Schedule I(f)(9); Phenmetrazine, Schedule II(d)(3) |
| 2-(2,5-Dimethoxy-4-ethylphenyl) | I(f)(16) | $C_{20}H_{27}NO_3$ | 5,890 | |
| 2-(2,5-Dimethoxy-4-methylphenyl) | I(f)(17) | $C_{12}H_{17}NO_2$ | 19,400 | |
| 2-(4-Chloro-2,5-dimethoxyphenyl) | I(f)(18) | $C_{33}H_{22}Cl_2N_2O_9$ | 1 | |
| 2-(4-Iodo-2,5-dimethoxyphenyl) | I(f)(19) | $C_{18}H_{20}INO_4$ | 172 | |
| 2-{4-(Ethylthio)-2,5-dimethoxyphenyl}ethanamine | I(f)(20) | $C_{12}H_{20}ClNO_2S$ | 148 | |
| 2-{4-(Isopropylthio)-2,5-dimethoxyphenyl}ethanamine | I(f)(21) | $C_{11}H_{19}NO_2S$ | 2,535 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| 2-(2,5-Dimethoxyphenyl)ethanamine (2C-H) | I(f)(22) | $C_{10}H_{15}NO_2$ | 10,747 | |
| 2-(2,5-Dimethoxy-4-nitro-phenyl)ethanamine (2C-N) | I(f)(23) | $C_{10}H_{14}N_2O_4$ | 5,088 | |
| 2-(2,5-Dimethoxy-4-(n)-propylphenyl)ethanamine (2C-P) | I(f)(24) | $C_{13}H_{21}NO_2$ | 16,047 | |
| 5-(1,1-dimethylheptyl)-2-{(1R,3S)-3-hydroxycyclohexyl]-phenol(CP-47,497) | I(h)(3)(i) | $C_{21}H_{34}O_2$ | 3,050 | |
| 5-(1,1-dimethyloctyl)-2-{(1R,3S)-3-hydroxycyclohexyl]-phenol(cannabicyclohexanol) | I(h)(3)(ii) | $C_{22}H_{36}O_2$ | 2,234 | |
| 1-pentyl-3-(1-naphthoyl)indole | I(h)(3)(iii) | $C_{24}H_{23}NO$ | 1,158 | |
| 1-butyl-3-(1-naphthoyl)indole (JWH-073) | I(h)(3)(iv) | $C_{23}H_{21}NO$ | 1,382 | |
| 1-hexyl-3-(1-naphthoyl)indole (JWH-019) | I(h)(3)(v) | $C_{25}H_{25}NO$ | 1,025 | |
| 1-[2-(4-morpholinyl)ethyl]-3-(1-naphthoyl)indole | I(h)(3)(vi) | $C_{25}H_{24}N_2O_2$ | 3,556 | |
| 1-pentyl-3-(2-methoxyphenylacetyl)indole | I(h)(3)(vii) | $C_{22}H_{25}NO_2$ | 3,668 | |
| 1-pentyl-3-[1-(4-methoxynaphthoyl)]indole (JWH-081) | I(h)(3)(viii) | $C_{25}H_{25}NO_2$ | 1,685 | 1-pentyl-3-(4-methyl-1-naphthoyl)indole (JWH-122), Schedule I(h)(3)(ix) |
| 1-pentyl-3-(4-methyl-1-naphthoyl)indole (JWH-122) | I(h)(3)(ix) | $C_{25}H_{25}NO_2$ | 1,685 | 1-pentyl-3-{1-(4-methoxynaphthoyl)}indole (JWH-081), Schedule I(h)(3)(viii) |
| 1-pentyl-3-(4-chloro-1-naphthoyl)indole (JWH-398) | I(h)(3)(x) | $C_{24}H_{22}ClNO$ | 200 | |
| 1-(5-fluoropentyl)-3-(1-naphthoyl)indole (AM2201) | I(h)(3)(xi) | $C_{24}H_{22}FNO$ | 181 | |

Case 1:20-cr-00389-JGK   Document 78-1   Filed 04/15/22   Page 8 of 13

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| 1-(5-fluoropentyl)-3-(2-iodobenzoyl)indole (AM694) | I(h)(3)(xii) | $C_{20}H_{19}FINO$ | 9 | |
| 1-pentyl-3-[(4-methoxy)-benzoyl]indole (SR-19 and RCS-4) | I(h)(3)(xiii) | $C_{21}H_{23}NO_2$ | 4,239 | |
| 1-cyclohexylethyl-3-(2-methoxyphenylacetyl)indole (SR-18 and RCS-8) | I(h)(3)(xiv) | $C_{25}H_{29}NO_2$ | 1,757 | |
| 1-pentyl-3-(2-chlorophenylacetyl)indole (JWH-203) | I(h)(3)(xv) | $C_{21}H_{22}ClNO$ | 446 | |
| Alfentanil | II(c)(1) | $C_{21}H_{32}N_6O_3$ | 678 | |
| Alphaprodine | II(c)(2) | $C_{16}H_{23}NO_2$ | 27,404 | Betaprodine, Schedule I(b)(15); Properidine, Schedule I(b)(50) |
| Anileridine | II(c)(3) | $C_{22}H_{28}N_2O_2$ | 11,712 | Beta-hydroxyfentanyl, Schedule I(b)(9); Methodyacetyl fentanyl, Schedule I(b)(66) |
| Bezitramide | II(c)(4) | $C_{31}H_{32}N_4O_2$ | 872 | |
| Bulk dextropropoxyphene | II(c)(5) | $C_{22}H_{29}NO_2$ | 4,916 | Noracymethadol, Schedule I(b)(38) |
| Carfentanil | II(c)(6) | $C_{24}H_{30}N_2O_3$ | 8,498 | |
| Dihydrocodeine | II(c)(7) | $C_{18}H_{23}NO_3$ | 9,258 | Methyldihydromorphine, Schedule I(c)(14) |
| Diphenoxylate | II(c)(8) | $C_{30}H_{32}N_2O_2$ | 1,098 | |
| Fentanyl | II(c)(9) | $C_{22}H_{28}N_2O$ | 4,732 | Acetyl-alpha-methylfentanyl, Schedule I(b)(1) |
| Isomethadone | II(c)(10) | $C_{21}H_{27}NO$ | 3,321 | Methadone, Schedule II(c)(15) |
| Levo-alphacetylmethadol | II(c)(11) | $C_{23}H_{31}NO_2$ | 3,026 | Acetylmethadol, Schedule I(b)(2); Alphacetylemethadol, Schedule I(b)(4); Betacetylmethadol, Schedule I(b)(12) |
| Levomethorphan | II(c)(12) | $C_{18}H_{25}NO$ | 7,048 | Racemethorphan, Schedule II(c)(24) |
| Levorphanol | II(c)(13) | $C_{17}H_{23}NO$ | 8,426 | Racemorphan, Schedule II(c)(25) |
| Metazocine | II(c)(14) | $C_{15}H_{21}NO$ | 16,221 | |
| Methadone | II(c)(15) | $C_{21}H_{27}NO$ | 3,321 | Isomethadone, Schedule II(c)(10) |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Methadone-intermediate | II(c)(16) | $C_{19}H_{22}N_2$ | 3,755 | |
| Moramide-intermediate | II(c)(17) | $C_{21}H_{26}NO_3$ | 10,077 | |
| Pethidine | II(c)(18) | $C_{15}H_{21}NO_2$ | 28,101 | Ketobemidone, Schedule I(b)(31) |
| Pethidine-intermediate-A | II(c)(19) | $C_{13}H_{16}N_2$ | 6,755 | |
| Pethidine-intermediate-B | II(c)(20) | $C_{14}H_{19}NO_2$ | 25,264 | Methylphenidate, Schedule II(d)(4) |
| Pethidine-intermediate-C | II(c)(21) | $C_{13}H_{17}NO_2$ | 20,400 | |
| Phenazocine | II(c)(22) | $C_{22}H_{27}NO$ | 2,341 | |
| Piminodine | II(c)(23) | $C_{23}H_{30}N_2O_2$ | 8,512 | Beta-hydroxy-3-methylfentanyl, Schedule I(b)(10) |
| Racemethorphan | II(c)(24) | $C_{18}H_{25}NO$ | 7,048 | Levomethorphan, Schedule II(c)(12) |
| Racemorphan | II(c)(25) | $C_{17}H_{23}NO$ | 8,426 | Levorphanol, Schedule II(c)(13) |
| Sufentanil | II(c)(26) | $C_{22}H_{30}N_2O_2S$ | 1,724 | |
| Remifentanil | II(c)(27) | $C_{20}H_{28}N_2O_5$ | 4,458 | |
| Tapentadol | II(c)(28) | $C_{14}H_{23}NO$ | 15,175 | |
| Thiafentanil | II(c)(29) | $C_{22}H_{28}N_2O_4S$ | 8,253 | |
| Amphetamine | II(d)(1) | $C_9H_{13}N$ | 2,918 | |
| Methamphetamine | II(d)(2) | $C_{10}H_{15}N$ | 4,039 | Phentermine, Schedule IV(e)(8) |
| Phenmetrazine | II(d)(3) | $C_{11}H_{15}NO$ | 11,401 | Mephedrone, Schedule I(f)(9); Ethylpropion, Schedule I(f)(15) |
| Methylphenidate | II(d)(4) | $C_{14}H_{19}NO_2$ | 25,264 | Pethidine-intermediate-B, Schedule II(c)(20) |
| Lisdexamfetamine | II(d)(5) | $C_{15}H_{25}N_3O$ | 23,521 | |
| Amobarbital | II(e)(1) | $C_{11}H_{18}N_2O_3$ | 10,199 | Pentobarbital, Schedule II(e)(3) |
| Glutethimide | II(e)(2) | $C_{13}H_{15}NO_2$ | 12,654 | |
| Pentobarbital | II(e)(3) | $C_{11}H_{18}N_2O_3$ | 10,199 | Amobarbital, Schedule II(e)(1) |
| Secobarbital | II(e)(4) | $C_{12}H_{18}N_2O_3$ | 16,871 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Chlorhexadol | III(c)(4) | $C_8H_{15}Cl_3O_3$ | 19 | |
| Lysergic acid | III(c)(5) | $C_{16}H_{16}N_2O_2$ | 12,694 | |
| Lysergic acid amide | III(c)(6) | $C_{16}H_{17}N_3O$ | 13,344 | |
| Methyprylon | III(c)(7) | $C_{10}H_{17}NO_2$ | 12,020 | |
| Sulfondiethylmethane | III(c)(8) | $C_9H_{20}O_4S_2$ | 61 | |
| Sulfonethylmethane | III(c)(9) | $C_8H_{18}O_4S_2$ | 80 | |
| Sulfonmethane | III(c)(10) | $C_7H_{16}O_4S_2$ | 59 | |
| Tiletamine | III(c)(11) | $C_{12}H_{17}NOS$ | 5,197 | |
| Zolazepam | III(c)(11) | $C_{15}H_{15}FN_4O$ | 1,555 | |
| Ketamine | III(c)(13) | $C_{13}H_{16}ClNO$ | 3,766 | |
| Embutramide | III(c)(14) | $C_{17}H_{27}NO_3$ | 13,414 | |
| Alprazolam | IV(c)(1) | $C_{17}H_{13}ClN_4$ | 493 | |
| Barbital | IV(c)(2) | $C_8H_{12}N_2O_3$ | 4,541 | |
| Bromazepam | IV(c)(3) | $C_{14}H_{10}BrN_3O$ | 1,106 | |
| Camazepam | IV(c)(4) | $C_{19}H_{18}ClN_3O_3$ | 4,265 | |
| Chloral betaine | IV(c)(5) | $C_7H_{14}Cl_3NO_4$ | 2 | |
| Chloral hydrate | IV(c)(6) | $C_2H_3Cl_3O_2$ | 16 | |
| Chlordiazepoxide | IV(c)(7) | $C_{16}H_{14}ClN_3O$ | 3,837 | |
| Clobazam | IV(c)(8) | $C_{16}H_{13}ClN_2O_2$ | 3,812 | Temazepam, Schedule IV(e)(43) |
| Clonazepam | IV(c)(9) | $C_{15}H_{10}ClN_3O_3$ | 548 | |
| Clorazepate | IV(c)(10) | $C_{16}H_{11}ClN_2O_3$ | 946 | |
| Clotiazepam | IV(c)(11) | $C_{16}H_{15}ClN_2OS$ | 1,793 | |
| Cloxazolam | IV(c)(12) | $C_{17}H_{14}Cl_2N_2O_2$ | 1,523 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Delorazepam | IV(c)(13) | $C_{15}H_{10}Cl_2N_2O$ | 1,047 | |
| Diazepam | IV(c)(14) | $C_{16}H_{13}ClN_2O$ | 2,889 | Mazindol, Schedule IV(e)(5) |
| Estazolam | IV(c)(15) | $C_{16}H_{11}ClN_4$ | 559 | |
| Ethchlorvynol | IV(c)(16) | $C_7H_9ClO$ | 491 | |
| Ethinamate | IV(c)(17) | $C_9H_{13}NO_2$ | 8,068 | |
| Ethyl Loflazepate | IV(c)(18) | $C_{18}H_{14}ClFN_2O_3$ | 608 | |
| Fludiazepam | IV(c)(19) | $C_{16}H_{12}ClFN_2O$ | 1,163 | |
| Flunitrazepam | IV(c)(20) | $C_{16}H_{12}FN_3O_3$ | 725 | |
| Flurazepam | IV(c)(21) | $C_{21}H_{23}ClFN_3O$ | 346 | |
| Halazepam | IV(c)(22) | $C_{17}H_{12}ClF_3N_2O$ | 228 | |
| Haloxazolam | IV(c)(23) | $C_{17}H_{14}BrFN_2O_2$ | 477 | |
| Ketazolam | IV(c)(24) | $C_{20}H_{17}ClN_2O_3$ | 2,189 | |
| Loprazolam | IV(c)(25) | $C_{23}H_{21}ClN_6O_3$ | 387 | |
| Lorazepam | IV(c)(26) | $C_{15}H_{10}Cl_2N_2O_2$ | 999 | |
| Lormetazepam | IV(c)(27) | $C_{16}H_{12}Cl_2N_2O_2$ | 1,102 | |
| Mebutamate | IV(c)(28) | $C_{10}H_{20}N_2O_4$ | 4,010 | |
| Medazepam | IV(c)(29) | $C_{16}H_{15}ClN_2$ | 1,446 | |
| Meprobamate | IV(c)(30) | $C_9H_{18}N_2O_4$ | 2,973 | |
| Methohexital | IV(c)(31) | $C_{14}H_{18}N_2O_3$ | 27,127 | |
| Methylphenobarbital (mephobarbital) | IV(c)(32) | $C_{13}H_{14}N_2O_3$ | 13,997 | |
| Nimetazepam | IV(c)(33) | $C_{16}H_{13}N_3O_3$ | 3,897 | |
| Nitrazepam | IV(c)(34) | $C_{15}H_{11}N_3O_3$ | 2,518 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Nordiazepam | IV(c)(35) | $C_{15}H_{11}ClN_2O$ | 1,815 | Mecloqualone, Schedule I(e)(1) |
| Oxazepam | IV(c)(36) | $C_{15}H_{11}ClN_2O_2$ | 2,398 | |
| Oxazolam | IV(c)(37) | $C_{18}H_{17}ClN_2O_2$ | 3,878 | |
| Paraldehyde | IV(c)(38) | $C_6H_{12}O_3$ | 2,272 | |
| Petrichoral | IV(c)(39) | | | |
| Phenobarbital | IV(c)(40) | $C_{12}H_{12}N_2O_3$ | 9,008 | |
| Pinazepam | IV(c)(41) | $C_{18}H_{13}ClN_2O$ | 573 | |
| Prazepam | IV(c)(42) | $C_{19}H_{17}ClN_2O$ | 1,282 | |
| Temazepam | IV(c)(43) | $C_{16}H_{13}ClN_2O_2$ | 3,812 | Cobazam, Schedule IV(c)(8) |
| Tetrazepam | IV(c)(44) | $C_{16}H_{17}ClN_2O$ | 5,684 | |
| Triazolam | IV(c)(45) | $C_{17}H_{12}Cl_2N_4$ | 162 | |
| Midazolam | IV(c)(46) | $C_{18}H_{13}ClFN_3$ | 101 | |
| Quazepam | IV(c)(47) | $C_{17}H_{11}ClF_4N_2S$ | 10 | |
| Zolpidem | IV(c)(48) | $C_{19}H_{21}N_3O$ | 8,058 | |
| Dichloralphenazone | IV(c)(49) | $C_{15}H_{18}Cl_6N_2O_5$ | 1 | |
| Zaleplon | IV(c)(50) | $C_{17}H_{15}N_5O$ | 2,706 | |
| Zopiclone (eszopiclone) | IV(c)(51) | $C_{17}H_{17}ClN_6O_3$ | 382 | |
| Fospropofol | IV(c)(52) | $C_{13}H_{21}O_5P$ | 169 | |
| Carisoprodol | IV(c)(53) | $C_{12}H_{24}N_2O_4$ | 4,224 | |
| Cathine ((+)-norpseudoephedrine) | IV(e)(1) | $C_9H_{13}NO$ | 6,066 | |
| Diethylpropion | IV(e)(2) | $C_{13}H_{19}NO$ | 19,058 | |
| Fencamfamin | IV(e)(3) | $C_{15}H_{21}N$ | 6,157 | |

| Name | Schedule | Chemical Formula | Total Isomers | Enumerated Constitutional Isomers |
|---|---|---|---|---|
| Fenproporex | IV(e)(4) | $C_{12}H_{16}N_2$ | 7,558 | |
| Mazindol | IV(e)(5) | $C_{16}H_{13}ClN_2O$ | 2,889 | Diazepam, Schedule IV(c)(14) |
| Mefenorex | IV(e)(6) | $C_{12}H_{18}ClN$ | 1,916 | |
| Pemoline (including organometallic complexes and chelates thereof) | IV(e)(7) | $C_9H_8N_2O_2$ | 3,757 | |
| Phentermine | IV(e)(8) | $C_{10}H_{15}N$ | 4,039 | Methamphetamine, Schedule II(d)(2) |
| Pipradrol | IV(e)(9) | $C_{18}H_{21}NO$ | 10,879 | |
| SPA((-)-1-dimethylamino-1, 2-diphenylethane) | IV(e)(10) | | | |
| Modafinil | IV(e)(11) | $C_{15}H_{15}NO_2S$ | 3,699 | |
| Sibutramine | IV(e)(12) | $C_{17}H_{26}ClN$ | 1,619 | |
| Pyrovalerone | V(c)(1) | $C_{16}H_{23}NO$ | 15,602 | |
| Ezogabine {N-[2-amino-4-(4-fluorobenzylamino)-phenyl]-carbamic acid ethyl ester} | V(d)(1) | $C_{16}H_{18}FN_3O_2$ | 2,936 | |
| Lacosamide {(R)-2-acetoamido-N-benzyl-3-methoxy-propionamide} | V(d)(2) | $C_{13}H_{18}N_2O_3$ | 27,814 | |
| Pregabalin {(S)-3-(aminomethyl)-5-methylhexanoic acid} | V(d)(3) | $C_8H_{17}NO_2$ | 7,415 | |