AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
| v. | ) |
| Dave Minter | ) Case No: 20-cr-389 |
| | ) USM No: 88069-054 |
| Date of Original Judgment: 10/22/2021 | ) |
| Date of Previous Amended Judgment: | ) Derek Cohen |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
The original Guideline Sentencing Range was 70 to 87 months. The
original offense level was 21, and the criminal history category was V
based on 11 criminal history points. Sentencing Tr. at 4; Presentence
Investigation Report at ¶ 53. The criminal history category included 2
points because the defendant committed the offense while under a
criminal justice sentence. As a result of Amendment 821, only 1 point
is added because the defendant committed the offense while under a
criminal justice sentence and had at least 7 other criminal history
points. See U.S.S.G. § 4A1.1(e). But 10 criminal history points still
places the defendant in criminal history category V, and the Guideline
Sentencing Range remains 70 to 87 months.
```

Except as otherwise provided, all provisions of the judgment dated   10/22/2021   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/12/24

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

JOHN G. KOELTL, U.S.D.J.
Printed name and title